1150

No. 81–991. ENGELSTAD ET AL. *v.* SWENSON ET AL. C. A. 5th Cir. Certiorari denied.

No. 81–994. SIEMENS AMERICA, INC., ET AL. *v.* UNITED STATES. C. C. P. A. Certiorari denied.

No. 81–995. CROWN CORK & SEAL CO., INC. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 10th Cir. Certiorari denied.

No. 81–1015. BLECKER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 81–1027. LITMAN ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 81–1030. LECK *v.* PUGH ET AL. Ct. Civ. App. Tex., 10th Sup. Jud. Dist. Certiorari denied.

No. 81–5284. SANGEMINO *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 81–5303. LAWSON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 81–5358. BLACK *v.* ROBBINS ET AL. C. A. 3d Cir. Certiorari denied.

No. 81–5359. GUIDEN *v.* LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 81–5361. MORRIS *v.* ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 81–5376. DICKINSON *v.* PENSACOLA AEROMOTIVE CORP. ET AL. C. A. 5th Cir. Certiorari denied.